AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| United States of America | ) |
|---|---|
| v. | ) |
| Jorge Ricardo Gongora-Chi, | ) Case No: CR 09-218-RE |
|  | ) USM No: |
| Date of Previous Judgment: 03/07/2011 | ) Barry W. Engle |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __57__ months **is reduced to** __41__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: __24__        Amended Offense Level: __21__
Criminal History Category: __II__      Criminal History Category: __II__
Previous Guideline Range: __57__ to __71__ months    Amended Guideline Range: __41__ to __51__ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**
Sentence shall be concurrent to sentence imposed in CR-09-222-RE

Except as provided above, all provisions of the judgment dated __03/07/2011__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __1/13/12__

Judge's signature: *Malcolm F. March*

Honorable James A. Redden
Printed name and title

Effective Date: _____
(if different from order date)